UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEWELL THOMAS,              ) | |
|                             ) | |
|         Plaintiff,          ) | |
|                             ) | CIVIL ACTION NO. |
| VS.                         ) | |
|                             ) | 3:19-CV-2903-G-BH |
| NFN REHMA, ET AL.,          ) | |
|                             ) | |
|         Defendants.         ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. The plaintiff filed no objections. After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. By separate judgment, the plaintiff's complaint will be dismissed with prejudice for failure to state a claim upon which relief may be granted.

**SO ORDERED**.

November 28, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**